The judgment of convictions is affirmed.

All concur.

Vic CONFER, Appellant,

v.

HULCHER SERVICES, INC., Respondent.

No. WD 65332.

Missouri Court of Appeals, Western District.

April 11, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2006.

Application for Transfer Denied Aug. 22, 2006.

Vic Confer, Excelsior Springs, pro se.

Anton C. Andersen, Kansas City, KS, for respondent.

Before LOWENSTEIN, P.J., ELLIS and NEWTON, JJ.

*ORDER*

PER CURIAM.

Victor Confer appeals the decision of the Labor and Industrial Relations Commission which denied him workers' compensation benefits. After review of the briefs of the parties and the record on appeal, the court finds no error. The judgment of the trial court is affirmed. Rule 84.16(b).